```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08785
   ANTHONY L JOHNSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-5060


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
   The case was filed on 05/14/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 08/23/2007.
-------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
-------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00              .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   20179.57            .00              .00
GREAT AMERICAN FIN CO     SECURED           200.00            .00            60.00
GREAT AMERICAN FIN CO     UNSECURED       NOT FILED           .00              .00
CITY OF CHICAGO WATER DE  SECURED           134.20            .00              .00
IL DEPT OF HEALTHCARE &   NOTICE ONLY     NOT FILED           .00              .00
ANISSA ALLEN              NOTICE ONLY     NOT FILED           .00              .00
ILLINOIS DEPT OF PUBLIC   PRIORITY        NOT FILED           .00              .00
FIRST PREMIER BANK        UNSECURED          191.74           .00              .00
GMAC                      UNSECURED        37088.87           .00              .00
IL DEPT OF EMPLOYMENT SE  UNSECURED         2736.00           .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2702.87           .00              .00
DANIEL J WINTER           DEBTOR ATTY      3,443.00                        3,347.02
TOM VAUGHN                TRUSTEE                                            232.98
DEBTOR REFUND             REFUND                                             910.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE              4,550.00

PRIORITY                                          .00
SECURED                                         60.00
UNSECURED                                         .00
ADMINISTRATIVE                               3,347.02
TRUSTEE COMPENSATION                           232.98
DEBTOR REFUND                                  910.00
                     ---------------        ---------------
TOTALS               4,550.00                4,550.00




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08785 ANTHONY L JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/13/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |